**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN G. MCFARLIN,<br><br>Defendant. | Case No. 26-3215-01-CR-S-MDH |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned counsel enters his appearance on behalf of defendant, Brian G. McFarlin, in the above captioned matter.

Sincerely,
*/s/Shane P. Cantin* (#41699)
Cantin Mynarich LLC
2733 E. Battlefield Road, #622
Springfield, Missouri 65804
shane@cantinmynarich.com
417-831-6363

## CERTIFICATE OF SERVICE

On this 11th day of November, 2026, a copy of the foregoing was filed on the Court's ECF electronic filing system with copies to all counsel.

*/s/ Shane P. Cantin*